1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2008 AUG 20  A 11: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 08 00554 - MAG |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 23152(a) - Driving Under the Influence (Class B misdemeanor); 18 U.S.C. § 13, assimilating Cal. Veh. Code § 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More (Class B misdemeanor); 18 U.S.C. § 13, assimilating Cal. Veh. Code § 14601.1 - Driving When Privilege Suspended or Revoked for Other Reasons (Class B Misdemeanor) |
| v. | ) | |
| SEAN M. PETERSON, | ) | |
| Defendant. | ) | |
|  | ) | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:  (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(a) - Driving Under the Influence)

On or about July 3, 2008, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

SEAN MICHAEL PETERSON,

did operate a motor vehicle while under the influence of alcohol, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B

INFORMATION

1  misdemeanor.

2  COUNT TWO: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More)

On or about July 3, 2008, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

SEAN MICHAEL PETERSON,

did operate a motor vehicle while having 0.08 percent or more, by weight, of alcohol in his blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code, Section 23152(b), a Class B misdemeanor.

COUNT THREE: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 14601.1 - Driving When Privilege Suspended or Revoked for Other Reasons)

On or about July 3, 2008, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

SEAN MICHAEL PETERSON,

did operate a motor vehicle while his driving privilege was suspended for a violation of California Vehicle Code Section 13353.2 - Driving While Having a Blood Alcohol Concentration of 0.01% or More (Driver Under 21 Years Old), in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 14601.1, a Class B misdemeanor.

DATED: August 18, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____
TIFFANY DAY
Law Clerk

INFORMATION                    -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

18 U.S.C. § 13, assimilating CA Penal Code §§ 23152(a) & (b) DUI and Driving with a BAC above 0.08%; 18 U.S.C. § 13, assimilating CA Penal Code § 14601.1 - Driving on a Suspended License

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

**DEFENDANT - U.S.**
2008 AUG 20  A 11: 54

▶ SEAN M. PETERSON

RICHARD W. WIEKING
**DISTRICT COURT NUMBER**
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR-08 00554-MAG

**PENALTY:**
Counts One -Three: 6 months imprisonment; $1,000 fine; $10 special assessment

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
NASA - Special Agent Dirk Meier

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** Susan Knight

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No
} If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

(CASE AGENT WILL SERVE SUMMONS)

Date/Time: September 25, 2008 @ 9:30am
Before Judge: The Honorable Patricia V. Trumbull

Comments: